**DISMISS and Opinion Filed October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00604-CV

**WILLIAM F. HOPKINS, Appellant**
**V.**
**LESLIE C. NORWOOD, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-55952-2017**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are overdue. By postcards dated May 23, 2018 and July 27, 2018, we notified appellant the filing fee and docketing statement were past due. We directed appellant to remit the filing fee and file the docketing statements within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal.

Also by letter dated August 27, 2018, we directed appellant to file documentation to enable this Court to determine our jurisdiction over this appeal. Specifically, appellant seeks to appeal a protective order that was rendered while a suit for divorce was pending. Thus, we directed appellant to file documentation showing whether a final decree for divorce had been entered. *See* TEX. FAM. CODE ANN. § 81.009 (West 2014) (protective order rendered against a party in a suit for dissolution of a marriage may not be appealed until the time the final decree of dissolution of

the marriage becomes a final, appealable order).  We expressly cautioned appellant failure to file the requested documentation, within five days of the date of our letter, would result in dismissal of his appeal without further notice.

To date appellant has not remitted a filing fee, filed a docketing statement, or responded to our request for documentation regarding the status of the divorce.  Accordingly, we dismiss this appeal.  *See* TEX. R. APP.  42.3 (b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180604F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WILLIAM F. HOPKINS, Appellant

No. 05-18-00604-CV      V.

LESLIE C. NORWOOD, Appellee

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-55952-2017.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LESLIE C. NORWOOD recover her costs of this appeal from appellant WILLIAM F. HOPKINS.

Judgment entered October 16, 2018.